```
Philip R. Weltin, Esq. SBN 46141
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California  94612
Telephone (510) 251-6060
Facsimile   (510) 251-6040

Attorneys for Plaintiff
CLYDE KIRKWOOD
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE KIRKWOOD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SENATOR LINES, and DOES 1 to 40,<br><br>　　　　　Defendants. | Case No.  C-06-4380 EDL<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　The parties, through their counsel, hereby stipulate that the Case Management Conference of October 24, 2006 be moved to November 21, 2006 at 10:00 a.m., before Magistrate Judge Elizabeth D. Laporte, Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

　　　It is further stipulated that the Joint Case Management Statement will be filed no later than November 14, 2006.

Dated: October 17, 2006

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　Philip R. Weltin
　　　　　　　　　　　　　　　　　　　WELTIN LAW OFFICE, P.C.
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1

Kirkwood v. Senator Lines C-06-4380 EDL
Stipulation and Order Continuing CMC

Dated: September 15, 2006

/s/
Ronald Losch
KAYE, ROSE & PARTNERS, LLP
Attorneys for Defendants

## ORDER

As stipulated,

IT IS HEREBY ORDERED that the Case Management Conference, scheduled for October 24, 2006 at 3:00 p.m. is continued to **November 21, 2006 at 10:00 a.m.,** with the joint statement to be filed no later than November 14, 2006.

Dated: October 23, 2006

Magistrate Judge Elizabeth D. Laporte

IT IS SO ORDERED
Judge Elizabeth D. Laporte

2