IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE KIRKWOOD, | No. C-06-04380 EDL |
| Plaintiff, | Related to Case No. C-07-3857 EDL |
| v. | **ORDER RE: JURY INSTRUCTIONS** |
| REEDEREI F LAEISZ GMB LL ROSTOK, | |
| Defendant. | |

The Court has reviewed Defendant's Motion for Reconsideration seeking additional jury instructions regarding the duty of care owed to longshoremen under <u>Scindia Steam Navigation Co. v. De Los Santos</u>, 451 U.S. 156 (1981). The Court tentatively agrees that additional jury instructions are warranted. Accordingly, the parties shall meet and confer immediately and file a joint statement no later than Friday, February 22, 2008 at noon regarding the extent of their agreement as to the proposed jury instructions. To the extent that the parties disagree, Plaintiff shall file his response no later than Friday, February 22, 2008 at noon.

**IT IS SO ORDERED.**

Dated: February 21, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge