IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE KIRKWOOD, | No. C-06-04380 EDL |
| Plaintiff, | Related to Case No. C-07-3857 EDL |
| v. | **ORDER RE: TRIAL SCHEDULE** |
| REEDEREI F LAEISZ GMB LL ROSTOK, | |
| Defendant. | |

The Court has received Plaintiff's February 19, 2008 letter informing the Court that additional trial time may be needed beyond the 8.5 hours already allocated to each party. The Court encourages the parties to complete the trial within the time allocated, but is willing to extend the trial for one more day, to March 3, 2008, if necessary, allowing each side an additional two hours of trial time, for a total of 10.5 hours each. The Court will discuss this issue with the parties at the beginning of the trial. Counsel shall be present in the courtroom and ready to meet with the Court each trial day at 8:00 a.m. as necessary.

**IT IS SO ORDERED.**

Dated: February 21, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge